RECEIVED

JUL 0 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| GLEN EDWARD NEALY, JR.<br>Fed. Reg. No. 16112-035<br>VS. | CIVIL ACTION NO. 5:15-cv-0004<br><br>SECTION P<br><br>JUDGE WALTER |
| N. VASQUEZ, WARDEN, FCI<br>BEAUMONT, TEXAS | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 5 day of July, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE